AO 106 (Rev 06/09) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

FILED
2018 OCT 31  A 11: 38
U.S. DISTRICT COURT
NEW HAVEN, CT.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS )   Case No.
BOYROY376@GMAIL.COM OR THE TELEPHONE NUMBER )
860-961-8699 THAT IS STORED AT PREMISES CONTROLLED )   3:18mj1752(SALM)
BY APPLE, INC. MORE FULLY DESCRIBED IN ATTACHMENT )
A

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
INFORMATION ASSOCIATED WITH THE EMAIL ADDRESS BOYROY376@GMAIL.COM OR THE TELEPHONE NUMBER 860-961-8699 THAT IS STORED AT PREMISES CONTROLLED BY APPLE, INC. MORE FULLY DESCRIBED IN ATTACHMENT A, WHICH IS EXPRESSLY INCORPORATED HEREIN.

located in the ____Northern____ District of ____California____, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, which is expressly incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); 846; | distribution of narcotics, conspiracy to distribute narcotics, use of firearm in furtherance of a drug trafficking crime |
| 18 U.S.C. § 924(c) | |

The application is based on these facts:
See Attached Affidavit of Keith Warzecha, Special Agent, Drug Enforcement Administration

☑ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Keith Warzecha, DEA SA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/31/2018        /s/ Sarah A. L. Merriam, USMJ
                        *Judge's signature*

City and state: New Haven, Connecticut    Hon. Sarah A. L. Merriam, U.S. Magistrate Judge
                        *Printed name and title*

## ATTACHMENT B

### Particular Things to be Seized

**I.    Information to be disclosed by Apple**

To the extent that the information described in Attachment A is within the possession, custody, or control of Apple, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Apple, Apple is required to disclose the following information to the government, in unencrypted form whenever available, for each account or identifier listed in Attachment A:

a.    All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers, email addresses (including primary, alternate, rescue, and notification email addresses, and verification information for each email address), the date on which the account was created, the length of service, the IP address used to register the account, account status, associated devices, methods of connecting, and means and source of payment (including any credit or bank account numbers);

b.    All records or other information regarding the devices associated with, or used in connection with, the account (including all current and past trusted or authorized iOS devices and computers, and any devices used to access Apple services), including serial numbers, Unique Device Identifiers (UDID), Advertising Identifiers "IDFA), Global Unique Identifiers (GUID), Media Access Control (MAC) addresses, Integrated Circuit Card ID numbers (ICCID), Electronic Serial Numbers (ESN), Mobile Electronic Identity Numbers (MEIN), Mobile Equipment Identifiers (MEID), Mobile Identification Numbers (MIN), Subscriber Identity Modules (SIM), Mobile Subscriber Integrated Services Digital Network Numbers (MSISDN),

International Mobile Subscriber Identities (IMSI), and International Mobile Station Equipment Identities (IMEI);

 c. The contents of all instant messages in existence on the account **March 1, 2018 through October 30, 2018**, including stored or preserved copies of instant messages (including iMessages, SMS messages, and MMS messages) sent to and from the account (including all draft and deleted messages), the source and destination account or phone number associated with each instant message, the date and time at which each instant message was sent, the size and length of each instant message, the actual IP addresses of the sender and the recipient of each instant message, and the media, if any, attached to each instant message;

 d. The contents of all files and other records stored on iCloud, including all Apple and third-party app data, images, videos, and voicemails;

 e. All activity, connection, and transactional logs for the account (with associated IP addresses including source port numbers), including messaging logs (including iMessage, SMS, and MMS messages), and App Store logs (including purchases, downloads, and updates of Apple and third-party apps);

 f. All records and information regarding locations where the account or devices associated with the account were accessed, including all data stored in connection with Location Services, Find My iPhone, Find My Friends, and Apple Maps; and

 g. All files, keys, or other information necessary to decrypt any data produced in an encrypted form, when available to Apple (including, but not limited to, the keybag.txt and fileinfolist.txt files).

The Provider is hereby ordered to disclose the above information to the government within **ten (10) days** of service of this warrant.

**II. Information to be seized by the government**

All information described above in Section I that constitutes evidence and/or instrumentalities of violations of 21 U.S.C. §§ 841(a)(1) (distribution of narcotics, possession with intent to distribute narcotics); 846 (conspiracy to distribute and possess with intent to distribute narcotics); and 18 U.S.C. § 924(c) (possession of a firearm in furtherance of a drug trafficking offense) (hereafter referred to as the "Target Offenses") being committed by ROYSHAWN ALLGOOD, and others in existence on the account as of March 1, 2018, as well as:

   a. The identity of the person(s) who created or used the Apple ID, including records that help reveal the whereabouts of such person(s);

   b. Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use and events relating to the crime under investigation and the account subscriber;

   c. Any records pertaining to the means and source of payment for services (including any credit card or bank account number or digital money transfer account information); and

   d. Evidence that may identify any co-conspirators or aiders and abettors, including records that help reveal their whereabouts.